ANTOINETTE BIBBO, as Administratrix of the Estate of ALFRED A. BIBBO, Deceased, Appellant, *v.* THE PENN MUTUAL LIFE INSURANCE COMPANY, Respondent.

(Argued March 7, 1935; decided October 1, 1935.)

*Maurice Danson* and *Ludwig Mandel* for appellant.

*Francis O. Affeld, 3d,* and *Allen T. Klots* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS and CROUCH, JJ. Dissenting: LEHMAN and LOUGHRAN, JJ. Not sitting: FINCH, J.